UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:

**LISA M. JACOBS,**

                    Debtor.
-----------------------------------------------------X

Case No.: 15-35482

Chapter 13

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that, Charles G. Stiene, of Stiene & Associates, P.C., be substituted as attorney of record in this case for JPMorgan Chase Bank, N.A. in the place and stead of Robert W. Griswold, of Stiene & Associates, P.C.

Dated: March 28, 2016

**ON CONSENT**

| | |
|---|---|
| Dated: Huntington, New York<br>       March 28, 2016, 2016 | Dated: Huntington, New York<br>       March 28, 2016 |
| Stiene & Associates, P.C. | Stiene & Associates, P.C. |
| /s/ Robert W. Griswold_____<br>By: Robert W. Griswold, Esq.<br>Outgoing Attorney<br>187 East Main Street<br>Huntington, NY 11743<br>(631) 935-1616 | /s/ Charles G. Stiene_____<br>By: Charles G. Stiene<br>Incoming Attorney<br>187 East Main Street<br>Huntington, NY 11743<br>(631) 935-1616 |



**Dated: April 15, 2016**
       **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**